IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-3613

HEATHER SPEARS AND
BRANDI GUNTER,

     Appellees.

_____/

Opinion filed April 14, 2015.

An appeal from the Circuit Court for Duval County.
Hugh A. Carithers, Judge.

Rhonda B. Boggess, and Gina P. Grimsley of Taylor, Day, Grimm & Boyd, Jacksonville, for Appellant.

Gregory W. Lineberry and Bradley M. Latone of Holbrook Law, Jacksonville, and Paul R. Regensdorf, High Springs, for Appellees.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., MARSTILLER, and OSTERHAUS, JJ., CONCUR.